IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Mohammed Rasheed, and <br> All Others Similarly Situated <br>     Plaintiffs, <br><br> v. <br><br> Miraj Communications, LLC d/b/a Metro PCS, and Ashraf Umar <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action <br> File No. 4:21-cv-00707 <br><br> Jury Demanded |

### JOINT MOTION TO DISMISS WITH PREJUDICE

To The Honorable Senior U.S. District Judge Kenneth M. Hoyt:

NOW COME Plaintiff Mohammed Rasheed ("Plaintiff"), and Defendants Miraj Communications, LLC d/b/a Metro PCS, and Ashraf Umar (collectively, the "Defendants"), and jointly file their motion to dismiss this case with prejudice. Plaintiff and Defendants (the "Parties") would respectfully show the Honorable Court as follows:

**I.**

Having resolved the disputes forming the basis of this civil action, the Parties jointly seek the Honorable Court to enter an Order dismissing this civil action with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), with all costs assessed against the party incurring such costs.

**II.**

With this Motion, the Parties attach their proposed Order of dismissal with prejudice.

1

            Respectfully submitted,

            **ALI S. AHMED, P.C.**

By:    */s/ Salar Ali Ahmed*
       **Salar Ali Ahmed**
       S.D. Texas No. 32323
       State Bar No. 24000342
       430 W. Bell Street
       Houston, Texas 77019
       Telephone: (713) 898-0982
       Email: aahmedlaw@gmail.com

       ATTORNEY FOR PLAINTIFF
       MOHAMMED RASHEED

       **LAW OFFICE OF DAVID J. QUAN**

By:    */s/ David J. Quan*
       **David J. Quan**
       S.D. Texas No. 20073h
       State Bar No. 16422300
       Niels Esperson Building
       808 Travis, Suite 1800
       Houston, Texas 77002
       Telephone: (713) 225-5300
       Facsimile: (713) 222-0101
       E-mail: dquan@davidquanlaw.com

       ATTORNEY FOR DEFENDANTS
       MIRAJ COMMUNICATIONS, LLC
       D/B/A METRO PCS, AND ASHRAF UMAR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 29, 2022, this motion was filed electronically with the U.S. District Court for the Southern District of Texas, and accordingly, electronic notice of this filing will be sent to all attorneys of record.

                                              */s/ Salar Ali Ahmed*
                                              **Salar Ali Ahmed**